IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DAREN LATERRE JONES, #1272926 | § | |
| VS. | § | CIVIL ACTION NO. 6:10cv160 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge John D. Love. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's motions to proceed *in forma pauperis* (dkts. #2 and #8). No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS** that Petitioner's motions to proceed *in forma pauperis* (dkts. #2 and #8) are **DENIED**; and

**ORDERS** Petitioner to pay the $5.00 filing fee within thirty days of receiving this Order, to proceed with this petition. Failure to pay the $5.00 filing fee within thirty days may result in dismissal of the petition.

**SIGNED this 30th day of June, 2010.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE